FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendants,

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAGROOP SANDHU, | Case No: 3:20-cv-00685-MMD-CLB |
| Plaintiff, | **MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| vs. | **(First Request)** |
| ENTERPRISE HOLDINGS, INC.; EAN HOLDINGS, LLC and ENTERPRISE LEASING COMPANY – WEST, LLC dba ENTERPRISE RENT-A-CAR, | |
| Defendants. | |

Defendants, hereby move this Court for an extension of time up to an including April 2, 2021 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 6). This Motion is based on the records, pleadings and papers on file herein, together with the following Memorandum of Points and Authorities.  This is the first request for an extension of this deadline.

### MEMORANDUM OF POINTS AND AUTHORITIES

As set forth in the Declaration of Scott M. Mahoney, defense counsel has an active employment litigation defense practice, and since the service of the Complaint, has been involved in various litigation activities, including depositions, brief writing, and attendance at a Zoom Early Neutral Evaluation.  More time to respond to the

Complaint is needed due to these activities and the need to review and more fully understand Plaintiff's allegations and Defendants' position regarding the same. The foregoing constitutes good cause for the requested extension.

Respectfully submitted,

FISHER & PHILLIPS, LLP

IT IS SO ORDERED.

Dated: March 11, 2021

_____
UNITED STATES MAGISTRATE JUDGE

/s/ Scott M. Mahoney, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101
Attorneys for Defendants

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of March 2021, the undersigned, an employee of Fisher & Phillips LLP, electronically filed the foregoing Defendants' Motion to Extend Time to Respond to Complaint with the U.S. District Court, and a copy was electronically transmitted from the court to the e-mail address on file for:

Jagroop Sandhu
Jaggu1991@yahoo.com

A copy was also deposited in the United States mail, with postage prepaid, addressed to Mr. Sandhu at 435 Manciano Way, Reno, Nevada 89521.

By: /s/ Sarah Griffin
An employee of Fisher & Phillips LLP

FP 39883372.1

## JAGROOP SANDHU v. ENTERPRISE HOLDINGS, INC. et al.

## CASE NO.: 3:20-cv-00685-MMD-CLB

## MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT
## (FIRST REQUEST)

## INDEX OF EXHIBITS

| EX. NO. | DESCRIPTION | PAGE |
|---|---|---|
| A | Declaration of Scott M. Mahoney, Esq. | 001-002 |

FP 38640673.1

# EXHIBIT A

001

### DECLARATION OF SCOTT M. MAHONEY

Scott M. Mahoney states as follows:

1. I am an attorney for the Defendants in this proceeding. I have personal knowledge of, and am competent to testify to, the facts set forth herein.

2. I have an active employment litigation defense practice, and since the service of the Complaint, I have been involved in various litigation activities, including depositions, brief writing, and attendance at a Zoom Early Neutral Evaluation. More time to respond to the Complaint is needed due to these activities and the need to review and more fully understand Plaintiff's allegations and Defendants' position regarding the same. I believe the foregoing constitutes good cause for the requested extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2021.

_____
Scott M. Mahoney

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101